IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 1694 |
| | ) | |
| BIG "O" EXPRESS, INC., an Illinois corporation, | ) | JUDGE JAMES B. ZAGEL |
| | ) | |
| Defendant. | ) | |

## <u>MOTION FOR ENTRY OF JUDGMENT</u>

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on June 10, 2008, request this Court enter judgment against Defendant, BIG "O" EXPRESS, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On June 10, 2008, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for October 2007 and January 2008 within 14 days of the entry of said Order. The Court also entered an order that judgment would be entered after the reports were submitted and Plaintiffs determined the amounts due and owing. The Court retained jurisdiction to enforce the June 10, 2008 order.

2. On June 11, 2008, Defendant submitted its monthly fringe benefit contribution reports for October 2007 and January 2008 indicating no contributions were due to Plaintiffs. (See Affidavit of Terrence J. Hancock). The contribution reports are attached hereto.

3. However, Plaintiffs' firm has expended $665.00 in attorneys' fees and $420.00 in costs in this matter. (See Affidavit of Catherine M. Chapman).

4. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $1,085.00.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $1,085.00.

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\731exc\Big O Express\2008\motion for entry of judgment.bpa.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 17th day of July 2008:

>Ms. Angela R. Anderson, Registered Agent
>Big "O" Express, Inc.
>5951 W. Madison Street, Suite 100
>Chicago, IL   60644

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\731exc\Big O Express\2008\motion for entry of judgment.bpa.df.wpd